UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:98-mj-00030-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GEORGE MATTHEW GROTH,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion for Remission of Fine. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Remission of Fine (#23) is GRANTED, and the fine imposed herein is REMITTED.

Signed: August 11, 2016

Max O. Cogburn Jr
United States District Judge